# PARKER HANSKI LLC

40 WORTH STREET, 10ᵀᴴ FLOOR
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:    212.248.5600
Contact@ParkerHanski.com

January 11, 2021

<u>Via ECF</u>
The Honorable John G. Koeltl
United States District Judge
Southern District of New York

> **Re:**   *Milagros Gonzalez, Steven Nachshen and Colleen Roche v. Tompkins Square*
> *Partners, LLC and Davenport, Turnblad & Fishpaw LLC*
>
> **<u>Docket No. 1:18-cv-09915 (JGK)(KNF)</u>**

Dear Judge Koeltl

We represent the plaintiffs in the above-entitled action.  On behalf of all the parties, we write to respectfully ask the Court to cancel the January 12, 2021 conference because the parties have filed a fully executed Stipulation of Voluntary Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. (See ECF Document #65).

Thank you for your time and attention to this matter.  With kindest regards, I am

very truly yours,

/s/

Glen H. Parker, Esq.

---

The Conference is canceled and the Clerk is directed to close this case.
SO ORDERED

/s/ John G. Koeltl

January 11, 2021        John G. Koeltl
New York, NY            U.S.D.J.